**EXHIBIT H**

# DENVER SHERIFF DEPARTMENT
## INMATE REQUEST FOR MEDICAL ASSISTANCE
### (EL PEDIDO del PRESO PARA la AYUDA MEDICA)

03-1881

OPD# 39 63 76    Book in Number 3963576
                 (Numero de Book in)

Date 7/4        Inmate Name Rayosch Trujillo
(Fecha)         (Nombre del Preso)

Building location 2-A    Date of Birth 10/3/66
(Ubicacion de edificio)  (Fecha de Nacimiento)

I understand a clinic fee of $7.00 will be charged to my account
(Entiendo que un honorario de dispensario de $7.00 sera Cargado a mi cuenta)

Inmate Signature _____
(firma de Preso)

Nature of medical complaint or request:
(La naturaleza de la queja medico o solicita): I have Severe Numbness on my hands and knees. Foot not sure of Rheumatoid Arthritis but I can hardly walk. Fell in Bathroom. Pain hasn't stop.

INMATE: PLEASE DO NOT WRITE BELOW THIS LINE
(PRESO: POR FAVOR NO ESCRIBA DEBAJO DE ESTA LINEA)

| DATE/TIME | SUBJECTIVE/OBJECTIVE/ASSESSMENT | PROBLEM NO. PLAN |
|---|---|---|
| 7/6 0840 | S - c/o "I have severe arthritis and it's been getting worse, I have fallen like 5-6 times already. I am in a lot of pain" | P-MD on 7/12/12 to eval for ↑ and/or RX meds. Added IBU 800mg BID x 30 days → MAR |
| | OA - 104/66  P-61  T-97.3  SPO2 97% RA. Pt using another pts FWW to come down to medical. Obvious deformities. Claims pain 8/10. Claims "I can't even grip anything." | C.Burry NP 7/7/12 |

Triage Date 7/6/12
Assessment
☒ Routine  ☐ Urgent
Plan: ☒ RTC
☐ Women's Hlth
☐ MD Review
☐ Psych
☐ Dental
RN/LPN Signature ___

Kaiser LPN