**EXHIBIT L**

# DENVER SHERIFF DEPARTMENT
## HEALTH SERVICES

## PROBLEM ORIENTED RECORD
### PROGRESS NOTE

NAME: TRUJILLO, REBECCA
DOB:
BOOK IN#
CD# 346376

| DATE/TIME | SUBJECTIVE/OBJECTIVE/ASSESSMENT | PLAN |
|---|---|---|
| 7/16/12 | While nursing staff out on med passes DSP reports I/M having much difficulty c̄ ADL's - had feces all over stool + self. Unable to clean self requiring DSD to assist I/M in shower - needed much direction + instruction on caring for self. I/M also unsteady even c̄ walker - is at high risk for falling. | P- DSD voicing concern on housing & whether I/M should be at county vs DOC.<br><br>W. Korell RN<br>7/16/12 |