**EXHIBIT M**

## DENVER SHERIFF DEPARTMENT
## HEALTH SERVICES

## PROBLEM ORIENTED RECORD
### PROGRESS NOTE

N: TRUJILLO, REBECCA
C: DOB: 06/03/1966
DPD: 396376
B:
CD#:

| DATE/TIME | SUBJECTIVE/ OBJECTIVE/ ASSESSMENT | PLAN |
|---|---|---|
| 7/23/12 1450 | MDLine - nurse for lab review says Neurontin at Tue dose is helping her pain. Reports (R) tingling (R) UE + on shoulder to (R) hand sure she fell on it weeks back. aching tingling when moves it certain ways. No h/o HPC. O Gen NAD ④ reprod/watching of tingling (R) UE w/ prolonged extension of UE labs - 6.8 / 13.1 / 106.7 / 40.7 / 216 142 / 109 / 12 / 75 4.0 / 27 / 0.8 AST 54 ALT 61 ot w hep wnl RF wnl PT/INR - wnl A/P ① Chronic Pain - improved on Neurontin at higher dose - continue Neurontin 600 BID / F/u reg physician ② Paresthesia - ?/2 nerve impingement - Flexeril ③ ? Rheumatoid Disease - referral completed/P Rheum cons | ① Flexeril 10mg PO BID x 10 DAYS ② Schedule Nurse Kite line - please explain to patient policies/instructions on how to release medical information to her family member. ③ MDL/Stob in early August w: f/u rheumatology appt MDL 8/4/12 pot'd 1/23/12 V. Hamilton Support Clerk |

Ludo (visit associated release med...) - defer to

Revised 4/19/2010