**EXHIBIT S**

# DENVER SHERIFF DEPARTMENT
# HEALTH SERVICES

## PROBLEM ORIENTED RECORD
### PROGRESS NOTE

NAME
**TRUJILLO, REBECCA**
**DOB: 06/03/1966**
**DPD: 396376**

CD#

| DATE/TIME | SUBJECTIVE/ OBJECTIVE/ ASSESSMENT | PLAN |
|---|---|---|
| 8/1/12 | Pt seen. Vague persistent c/o numbness & changing story. States week 20 "stroke". Given walker, now wc, for? PT despite d dx. No falls noted. Several "slips" s̄ any injury. Unclear malingering vs other... Known xxx times to S̄bly | refer to S̄bh MD the next available to eval. PC am noted A.Blutt RN 8-1-12 2000 D. Blair Charge RN P. Myram Rad Tech |
| 8-5-12 0744 | Chronic charting: ∅ c/o during am; medication rounds. Pt. compliant c̄ meds. A. Perez Charge RN | |

Revised 4/19/2010