| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-08**<br>Essential<br>**ACA 4-ALDF- 4C- 08**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-12**<br>**Review Date:   1-1-13** |
| **Emergency Services** | **Number of pages: 3** |

**Rationale:**   Significant deterioration in a patient's condition may occur if timely intervention is not available; therefore, it is imperative that emergency health cares services are available at all times.

**Policy:**   Health Service Staff is available 24 hours a day, seven days a week to provide emergency services defined as a health need that cannot be deferred to the next sick call.  There is a medical physician and a psychiatrist on call at all times.  Denver Sheriff Department personnel will be trained regarding referral of inmates for emergency care, the summoning of an ambulance for transport and the security procedures in these circumstances. Ambulance transport will be to Denver Health Medical Center Emergency Department unless the hospital is on divert or the acuity of the illness is such that transport to the nearest facility is paramount.

Emergency drugs, supplies and medical equipment are regularly maintained.

**Responsibility:**   Health Services Staff
Denver Sheriff Department Personnel
Denver Health Medical Center Emergency Department
Denver Health Medical Center Paramedics

**Procedure:**   When a deputy sheriff or sheriff supervisor have a concern that an inmate is having an acute illness, he or she will call the Medical Unit and report this to the Health Service staff.  The Health Service Staff will instruct the officer how to proceed, i.e. bring the inmate immediately, bring the inmate at specific time, etc.  If the concern is of a life threatening nature, i.e. chest pain, active seizure, etc., the medical staff will respond to the housing unit with an emergency bag, Automated External Defibrillator (AED) and a wheel chair or gurney.

In the majority of instances the inmate will be brought to the Medical Unit for assessment and stabilization.  Exceptions would be cardiac arrest or falls necessitating neck or spine immobilization prior to movement.
If after the initial assessment and consultation with the on-call physician, it is necessary to send the inmate to the Emergency Department for further

Trujillo v. Denver, et al.                                                                    DENVER000643
USDC Case No. 14-cv-2798-MEH

**EXHIBIT H**

| | |
|---|---|
| **DENVER HEALTH**<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-08**<br>Essential<br>**ACA 4-ALDF- 4C- 08**<br>Mandatory |
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-12**<br>**Review Date:   1-1-13** |
| **Emergency Services** | **Number of pages: 3** |

evaluation and/or hospitalization, a Health Staff person will notify the Sheriff department of the need for emergency transport and the reason. The Sheriff department will call 911, notify control, and arrange for security to assist with the transport.

Nursing staff will complete the transport sheet including all relevant information and copy any other materials relevant to the case.  These will be given directly to the paramedics when they arrive.

The physician on-call will call the Emergency Department and discuss the case with the attending physician.

If the inmate must be transported to a facility other than Denver Health, the Correctional Care Medical Director or designee will follow up and arrange transfer to Denver Health as soon as the patient is stable for transport.  This will be accomplished in the following manner:

- A sheriff department supervisor will notify a nursing supervisor or the responsible physician or designee directly.  If a staff nurse is notified first, he or she will notify the nursing supervisor.
- The nursing supervisor will notify the Correctional Care Medical Director or designee with the following information: name, date of birth, the medical problem, the hospital and the physician if known.
- The Correctional Care Medical Director or designee will contact the physician caring for the patient and discuss the case and the logistics of transfer to Denver Health.  The physician caring for the patient must transfer the care to the appropriate physician and service at Denver Health.
- The Correctional Care Medical Director or designee will keep the sheriff department informed of the likely timing of the transfer or the lack thereof.  If the patient is too ill to be transferred initially, the Correctional Care Medical Director or designee will contact the physicians caring for the patient on daily basis until this can be accomplished.

Trujillo v. Denver, et al.                                    DENVER000644
USDC Case No. 14-cv-2798-MEH

**EXHIBIT H**

| DENVER HEALTH<br><br>**Department of Correctional Care**<br><br>**DENVER SHERIFF DEPARTMENT FACILITIES** | **POLICY:**<br>**NCCHC J-E-08**<br>Essential<br>**ACA 4-ALDF- 4C- 08**<br>Mandatory |
|---|---|
| | **Obsoletes:**<br>**Prior Jail Medical Policies** |
| **STANDARD POLICY AND PROCEDURES** | **Effective Date: 1-1-12**<br>**Review Date:   1-1-13** |
| **Emergency Services** | **Number of pages: 3** |

- If the patient is to be transferred to the Correctional Medical Facility, the Correctional Care Medical Director or designee will notify the nursing staff there of the need for a bed. If the patient will be going directly back to jail, the Correctional Care Medical Director or designee will notify nursing staff at the appropriate facility.

Refer to Denver Sheriff Department Orders 4641.1A   Use of Ambulance or other Non-Departmental Vehicles to Transport Inmates in Our Custody.

Emergency medications and supplies are kept in Emergency bags located in the DDC Infirmary and exam rooms, Denver County Jail Medical Unit, Building 19 exam room, Building 20 medication room and Building 21 exam room. The pharmacist does the initial stocking of these bags and does quarterly checks.

In addition, nursing staff does regular checks of the Emergency Bags. As medications and supplies are utilized from the Emergency Bag, the nurse who uses them replaces the items.  Automated External Defibrillators (AED) are located in each Medical Unit. Training in the use of these is included in the Basic CPR course that all health care staff must maintain. Emergency medical equipment is maintained by Denver Health Biomedical Services on a set schedule.  If staff notes malfunctioning of any equipment, Biomedical Services is contacted for repair or replacement.

Trujillo v. Denver, et al.                                                                            DENVER000645
USDC Case No. 14-cv-2798-MEH

**EXHIBIT H**