## FOR THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02798-RBJ-HEM

REBECCA TRUJILLO,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al,

    Defendants.

## INDEX OF EXHIBITS

| Exhibit No. | Document |
|---|---|
| 1 | Declaration of Jane Grametbaur, RN, CCHP-RN, CCHHP-A |
| 2 | Declaration of Kennon C. Tubbs, M.D., CCHP-P |
| 3 | Consultation & Referral Record, 08/10/2012 |
| 4 | Deposition transcript of Victoria Toliver, R.N., selected excerpts |
| 5 | Hospital Return Assessment, 09/12/2012 |
| 6 | Deposition transcript of Dana Wimberly, R.N., selected excerpts |
| 7 | Report of Scott Anderson, M.D. |
| 8 | Selected Progress Notes |
| 9 | Hospital Return Assessment, 10/10/2012 |
| 10 | Inmate Request for Medical Assistance (Kite), 03/21/2013 |
| 11 | Deposition transcript of Todd Vanderheiden, M.D., selected excerpts |
| 12 | Deputy Kaipat-Jones email, 07/29/2012 |
| 13 | 30(b)(6) Deposition transcript of Carmen Kassatly, selected excerpts |
| 14 | Back Pain Protocol |
| 15 | Deposition transcript of Jennifer Firebaugh, R.N., selected excerpts |
| 16 | 30(b)(6)Deposition transcript of Jennifer Firebaugh, R. N., selected excerpts |
| 17 | 30(b)(6)Deposition transcript of Laurel Delmonico, selected excerpts |
| 18 | Deposition transcript of Anthony Perez, R.N., selected excerpts |
| 19 | Defendant City & County of Denver's Responses to Plaintiff's Requests for Production of Documents, Request 3 |
| 20 | Deposition transcript of Rebecca Trujillo, selected excerpts |
| 21 | Deposition transcript of Dana Wimberly, selected excerpts |
| 22 | Deposition transcript of Jane Grametbaur, R.N., selected excerpts |

10052786_1