1

Exhibit B

```
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO
 2                    *   *   *

 3

 4   REBECCA TRUJILLO        )
                             )  Deposition of:
 5                           )
        Plaintiff,           )   KENNON TUBBS, M.D.
 6                           )
     vs.                     )
 7                           )
     CITY AND COUNTY OF      )  Civil No.
 8   DENVER, COLORADO;       )  14-cv-2798-RBJ-MEH
     ANTHONY PEREZ, RN;      )
 9   VICTORIA TOLIVER, RN;   )
     DANA WIMBERLY, RN;      )
10   all medical providers   )
     in the Denver City      )
11   Jail Infirmary,         )
                             )
12        Defendants.        )

13

14        BE IT REMEMBERED that on Friday;
     April 14, 2017, that the deposition of
15   KENNON TUBBS, M.D., produced as a witness
     herein at the instance of the defendants
16   Anthony Perez, RN; Victoria Toliver, RN;
     Dana Wimberly, RN, herein, in the
17   above-entitled action now pending in the
     above-named court, was taken before DEBRA A.
18   DIBBLE, a Registered Diplomate Reporter and
     Certified Realtime Reporter, commencing at
19   the hour of 9:00 a.m. of said day, at the
     offices of Tempest Reporting, 175 S. Main
20   Street, Suite 710, Salt Lake City, Utah.

21

22                    *   *   *

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

157

1  A. That's it.
2  Q. What about correspondence with
3  Ms. Trujillo's attorneys?
4  A. Well, I have an e-mail account,
5  and it's on my computer.
6  Q. Okay.
7  How can I get those e-mails?
8  MS. SMITH: We can do a
9  supplemental disclosure with those.
10  MR. SINGER: Okay.
11  Q. (BY MR. SINGER) Did
12  Ms. Trujillo's attorneys ask you to amend
13  your reports in any way?
14  A. No.
15  Q. Did they ask you to use any
16  certain language?
17  A. No. My reports were written by
18  me.
19  Q. Okay.
20  Did you review the amended
21  complaint in this case?
22  A. The amended complaint?
23  Q. Yeah. Or the most recent one?
24  A. I only -- I did not know there
25  was an amended complaint. I've only reviewed

158

1  one complaint.
2  Q. It's probably the amended
3  complaint?
4  MS. SMITH: It is.
5  MR. SINGER: Okay. So that was
6  another thing you reviewed.
7  Q. (BY MR. SINGER) Is there
8  anything else you've reviewed that you
9  didn't -- or that I haven't identified yet?
10  A. I didn't write in here that I
11  reviewed the complaint, did I?
12  Yes, I did review the
13  complaint, but I didn't know there was two of
14  them.
15  Q. So you reviewed one complaint?
16  A. I reviewed the only complaint
17  that --
18  Q. I bet you did not review the
19  Defendant's Answer to the Complaint; correct?
20  A. I did not.
21  Q. I bet you did not review the
22  order regarding certain motions to dismiss in
23  this case.
24  A. I did not.
25  Q. Okay.

159

1  So I'd like to ask you about
2  what's been marked as 6.
3  Thank you. And before I do
4  that, was there anything else from the
5  deposition notice that I should know about
6  that you've -- that you have -- that's on
7  your computer or otherwise that I don't have
8  yet?
9  A. I've disclosed everything --
10  Q. Okay.
11  A. -- to you.
12  I'm not trying to keep anything
13  from you.
14  Q. No. I appreciate that.
15  Sometimes what happens is, at
16  the end of the deposition, somebody will be
17  like, "Oh, I have these notes too."
18  If you recollect -- if you
19  recall something that I don't have yet, would
20  you --
21  A. Send it to you?
22  Q. -- please send them to me
23  through your attorney?
24  A. I would be happy to do that.
25  Q. Through the attorney that's

160

1  here with you. Thank you.
2  (Whereupon, Exhibit No. 6
3  was marked for identification.)
4  Q. (BY MR. SINGER) I've handed
5  you what's been marked 6. And I believe this
6  is your rebuttal report; correct?
7  A. That's correct.
8  Q. Do you think you're qualified
9  to criticize Dr. Anderson's opinions as a
10  neuroradiologist?
11  MS. SMITH: Object to the form.
12  THE WITNESS: No, I do not
13  believe I am qualified to --
14  MR. SINGER: Criticize?
15  THE WITNESS: Yes. Sorry.
16  Thank you. I forgot the exact word
17  you used.
18  -- to criticize Mr. Anderson's
19  MRI read.
20  Q. (BY MR. SINGER) If you look
21  at -- there's a -- there's two packets here,
22  one rebuttal related to Anderson and then
23  there's another one related to Alvarez?
24  A. And, now, I do have a statement
25  about -- my criticism of Dr. Anderson's